DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WILLIAM JOSEPH METZGER, II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-923

_____

September 3, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Pinellas County; Anthony Rondolino, Judge.

William Joseph Metzger, II, pro se.

PER CURIAM.

    Affirmed.

NORTHCUTT, VILLANTI, and STARGEL, JJ., Concur.

_____

Opinion subject to revision prior to official publication.